

# IN THE
# TENTH COURT OF APPEALS

### No. 10-11-00078-CV

**JENS LORENZ AND JOHN SHAVERS,**

                                                            **Appellants**

 **v.**

**SUNBELT EQUIPMENT MARKETING, INC.,**

                                                            **Appellee**

### From the 272nd District Court
### Brazos County, Texas
### Trial Court No. 06-001763-CV-272

## MEMORANDUM  OPINION

Jens Lorenz and John Shavers attempt to appeal from an order denying their plea to the jurisdiction.  By letter dated March 30, 2011, the Clerk of this Court notified Lorenz and Shavers that the appeal was subject to dismissal because it appeared the trial court's order was not an appealable order.  *See* TEX. CIV. PRAC. & REM. CODE ANN. §51.014(a)(8) (West 2008) ("A person may appeal from an interlocutory order … that grants or denies a plea to the jurisdiction by a *governmental unit*….") (emphasis added). Lorenz and Shavers did not appear to be a governmental unit.  The Clerk also warned Lorenz and Shavers that the appeal would be dismissed unless, within 21 days of the

date of the letter, a response was filed showing grounds for continuing the appeal. *See*

Tex. R. App. P. 42.3, 44.3. We have not received a response from Lorenz and Shavers.

Accordingly, this appeal is dismissed.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal dismissed
Opinion delivered and filed May 4, 2011
[CV06]